UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL JAMES MORALES<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:21-cv-01493-DAD-GSA<br><br>**ORDER GRANTING DEFENDANT EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD** |

The parties stipulate to a 14-day extension of time to July 14, 2022 for Defendant to file the administrative record because the responsible individual is out of office. This is Defendant's first extension request for this deadline.

When considering whether good cause exists to modify a scheduling order, courts consider the foreseeability of the impediment to meeting the deadline and the party's diligence in seeking the extension once it became apparent they could not meet the deadline. *See Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012); *Ordaz Gonzalez v. Cty. of Fresno*, No. 1:18-CV-01558-BAM, 2020 WL 2539287, at *2 (E.D. Cal. May 19, 2020). The Court has the inherent power to manage its own docket to achieve an orderly and expeditious resolution of cases. *Southern California Edison Co. v. Lynch*, 307 F.3d 794 (9th Cir. 2002).

Counsel identified reasonably sufficient cause for the extension and sought it sufficiently in advance of the deadline.

Accordingly, it is **ORDERED** that Defendant's deadline to file the administrative record is extended to and including July 14, 2022. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: **June 24, 2022**           **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE