**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SAUL JAMES MORALES,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:21-cv-01493 JLT GSA

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b), AND DIRECTING THE COMMISSIONER TO CERTIFY PAYMENT TO COUNSEL

(Docs. 25, 30)

Plaintiff's counsel Jonathan O. Peña moves for an award of attorney fees in the amount of 30,864.50 pursuant to 42 U.S.C. § 406(b). (Doc. 25.) The magistrate judge found the requested fees are reasonable based upon "the character of the representation, the result achieved, and the fee amounts awarded in similar cases." (Doc. 30 at 4; *see also id.* at 24.) Therefore, the magistrate judge recommended the Court grant the motion, direct payment to counsel, and order counsel to refund the fees previously awarded to Plaintiff under the Equal Access to Justice Act. (*Id.* at 4.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 30 at 4.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 26, 2026 (Doc. 30) are **ADOPTED** in full.
2. Counsel's motion for fees pursuant to 42 U.S.C. 406(b) (Doc. 25) is **GRANTED**.
3. The funds **SHALL** be paid to counsel, Jonathan O. Peña in the amount of $30,864.50.
4. Counsel **SHALL** refund the previously awarded fees under the EAJA in the amount of $5,500 to Plaintiff.
5. The Clerk of Court is directed to serve a copy of this Order on Plaintiff at the following address:

Saul James Morales
2064 E. Mountain View Way #B
Dinuba, CA 93618

IT IS SO ORDERED.

Dated: November 15, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE